# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHARLES RAY PRITT, JR.,

    Plaintiff,

vs.                                  CASE NO. 8:14-CIV-1284-T-EAK-EAJ

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER GRANTING MOTION TO REMAND

This cause is before the Court on the Plaintiff's motion to remand and for attorney's fees (Doc. 5) and response in opposition to request for fees (Doc. 6). The Defendant concedes that remand is appropriate in this case but opposes the request for attorney's fees. The Court has reviewed the motion and response and finds that remand is appropriate but in its discretion denies the request for attorney's fees. Accordingly, it is

**ORDERED** that Plaintiff's motion to remand (Doc. 5) be **granted**, the request for attorney's fees (Doc. 5) be **denied**, and the Clerk of Court shall remand this case to state court and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of August, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record